IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PERRY, et al., | No. CIV S-11-0216-GEB-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, proceeding in this action in propria persona, bring this civil action related to the foreclosure of their property.

      This matter is set for an initial scheduling conference on June 16, 2011, before the undersigned in Redding, California. Also pending before the court is defendants' motion to dismiss. The court therefore finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for June 16, 2011, is vacated, to be reset following final resolution of the pending motion to dismiss, if appropriate.

DATED: May 23, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE